O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAMON EPPS,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. ABDEL,<br><br>        Defendant. | Case No.  2:20-cv-03688-ODW-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge to which no objections were filed.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

        IT IS THEREFORE ORDERED that Judgment be entered dismissing the First Amended Complaint with prejudice.

DATED:  June 29, 2020        _____

                                OTIS D. WRIGHT, II
                                UNITED STATES DISTRICT JUDGE