JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAMON EPPS,<br><br>    Plaintiff,<br><br>v.<br><br>DR. ABDEL,<br><br>    Defendant. | Case No.  2:20-cv-03688-ODW (KES)<br><br>**JUDGMENT** |

     Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that the First Amended Complaint is dismissed with prejudice.

DATED:  June 29, 2020        _____
                                                        OTIS D. WRIGHT, II
                                                        UNITED STATES DISTRICT JUDGE